UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON, et al.,<br><br>Defendants. | No. 1:16-cv-01603-DAD-EPG (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE OT PAY FILING FEE, ORDERING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. Nos. 9, 10.) |

Plaintiff Walter Shane Langston is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2017, this court adopted the assigned magistrate judge's findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied under 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. Nos. 9–10.) At that time, plaintiff was ordered to pay the $400 in full within thirty days and warned that his failure to pay the required filing fee would result in dismissal of this action. (Doc. No. 10.)

/////

1

1 | Over thirty days have passed since the issuance of the April 19, 2017 order, and plaintiff has failed to pay the $400 filing fee. Accordingly, this case is dismissed without prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE